**United States District Court**
**Violation Notice**

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR9S | 9088992 | Crofoot | 1499 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 06/05/2025
Offense Charged: 41 CFR 102-74.435
Place of Offense: 1538 SW Yamhill St Portland OR
Offense Description: Factual Basis for Charge: Bringing ammo into federal facility

**DEFENDANT INFORMATION**
Last Name: Cherry
First Name: Gregory
MI: D

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 1000 SW Third Ave Portland OR
Date: TBD
Time: TBD

X Defendant Signature: [signature]

Original - CVB Copy

*9088992*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on Jun 5, 2025 while exercising my duties as a law enforcement officer in the Federal District of Oregon

[crossed out area with notations "COL" and "SOPC"]

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/05/2025   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident